**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Stacy Marie Grisolia            CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 24-14443 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
10 Jan 2025, 15:06:39, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: da94cbec4e9b6853309dcb6f5e951b8a58b8fafa6f8608219b0b7bcfc16ccccf