**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In re:  Stacy Marie Grisolia,**

:          Chapter 13

:

:          Case No. 24-14443 (PMM)

:

**Debtor.**

**ORDER DISMISSING BANKRUPTCY CASE AND BARRING DEBTOR**

**AND NOW** a hearing with regard to the Order to Show Cause (doc.# 10) having been held and concluded on January 22, 2025;

AND the Debtor having failed to appear at the hearing;

AND for the reasons stated at the hearing;

It is hereby **ordered** that:

1) This bankruptcy case is **dismissed**; and

2) The Debtor is **barred from filing another bankruptcy case, either individually or jointly with a spouse, within one (1) year of the date of this Order without further leave of Court.**

**Date:  1/22/25**

*Patricia M. Mayer*
_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

Copy to:
Stacy Marie Grisolia
1257 Radcliffe Street
Bristol, PA 19007